IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. 12-po-01086-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROGER DUANE NACHTIGAL, and
2. STEPHANIE R. LINCOLN,

    Defendants.

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

This matter comes before the Court on the Government's Motion to Dismiss with Prejudice. The Court, being fully advised, grants the Motion. Accordingly, it is

ORDERED as follows:

1. The Informations and related violation notices against Defendants Roger Duane Nachtigal and Stephanie R. Lincoln in this matter are dismissed with prejudice.

2. Because all counts have been dismissed, the Clerk is directed to close this case.

DATED this 3d day of April, 2013

                BY THE COURT:

                _____
                United States Magistrate Judge